PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
KURT A. DIDIER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:99-cr-05338-NONE |
|---|---|
| Plaintiff, | CASE NO. 1:21-mc-00027-NONE-SKO |
| v. | CASE NO. 1:21-mc-00028-NONE-SKO |
| | CASE NO. 1:21-mc-00031-NONE-SKO |
| RENE LOPEZ-GALVAN, | **STIPULATION TERMINATING WRITS OF GARNISHMENT WITHOUT PREJUDICE; PROPOSED ORDER** |
| Defendant. | |

Pursuant to the Court's April 12, 2021 Minute Order (Doc. No. 155) in Case No. 1:99-cr-05338-NONE above, and subject to the Court's oral pronouncements made during the April 9, 2021 hearing on defendant Rene Lopez-Galvan's (Lopez-Galvan) motion for miscellaneous relief, plaintiff United States of America and Lopez-Galvan hereby stipulate to terminate, without prejudice, the writs of garnishment pending in the miscellaneous cases above.[1]

Respectfully submitted,

FOR THE UNITED STATES:         PHILLIP A. TALBERT
                               Acting United States Attorney
Dated: April 12, 2021
                         By:   */s/ Kurt A. Didier*
                               KAREN A. ESCOBAR
                               KURT A. DIDIER
                               Assistant United States Attorneys

---

[1] This stipulation and order is cross docketed in all cases in the caption above.

STIPULATION TERMINATING WRITS OF                  1
GARNISHMENT; AND PROPOSED ORDER

| | | | |
|---|---|---|---|
| FOR DEFENDANT RENE LOPEZ-GALVAN: | | HEATHER E. WILLIAMS<br>Federal Defender | |
| Dated: April 12, 2021 | By: | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender | |

### O R D E R

The Court, having reviewed the court files and the Parties' stipulation terminating writs of garnishment without prejudice (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation in its entirety. Accordingly, IT IS ORDERED that:

1.   The United States' writs of garnishment pending in Case Nos. 1:21-mc-00027-NONE-SKO, 1:21-mc-00028-NONE-SKO, and 1:21-mc-00031-NONE-SKO are terminated without prejudice.

2.   Defendant Rene Lopez-Galvan may only use his assets to pay his reasonable and ordinary monthly expenses as the Court stated during the April 9, 2021 hearing on his motion for miscellaneous relief.

IT IS SO ORDERED.

Dated:   **April 13, 2021**                                         _____
                                                                    UNITED STATES DISTRICT JUDGE